## DEVEAURUX v. STATE.
### No. 26525.

Court of Criminal Appeals of Texas.

Oct. 28, 1953.

## DEVEAURUX v. STATE.
### No. 26526.

Court of Criminal Appeals of Texas

Oct. 28, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully carrying a pistol. The punishment assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.